United States District Court
Southern District of Texas
ENTERED

JUL 27 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JUL 15 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| MARIA ROSARIO BOYLE | § | |
| PLAINTIFF | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-184 |
| | § | |
| SEARS ROEBUCK AND CO. | § | |
| AND RICHARD TRAGER | § | |
| DEFENDANTS | § | |

## ORDER GRANTING MOTION TO DISMISS

BE IT remembered, on this day, came on to be considered, the above-entitled numbered cause wherein Plaintiff MARIA ROSARIO BOYLE filed a motion to dismiss defendant Richard Trager from this lawsuit and the Court, after considering the announcements contained therein by the parties finds that the dismissal of Richard Trager is warranted and should be GRANTED. IT IS THEREFORE

ORDERED that Defendant Richard Trager is hereby dismissed without prejudice.

SIGNED on this the 15th day of July, 1998 at Brownsville, Texas.

_____
UNITED STATES MAGISTRATE

**APPROVED:**
PATTERSON & ASSOCIATES
101 N. Shoreline, Suite 420
Corpus Christi, TX 78478
Telephone: (512) 887-1881
Facsimile: (512) 887-6761

By: _____
Ray Alexander
Attorneys for Plaintiffs